Sheila C. Kadura, Mark T. Garrett, Austin, TX; Brett Christopher Govett, Dallas, TX.

NEWMAN, REYNA, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

lant. Also Represented by Robert Stephen Rigg.

NEWMAN, O'MALLEY, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

**MEYER INTELLECTUAL PROPERTIES LIMITED, Meyer Corporation, U.S., Plaintiffs–Appellees**

v.

**BODUM, INC., Defendant–Appellant.**

No. 2014–1792.

United States Court of Appeals, Federal Circuit.

May 15, 2015.

R. David Donoghue, Holland & Knight, LLP, Chicago, IL, argued for plaintiffs–appellees. Also Represented by Steven E. Jedlinski; Joshua C. Krumholz, Boston, MA.

David E. Bennett, I, Vedder Price P.C., Chicago, IL, argued for defendant–appel-

---

**ACTION STAR ENTERPRISE CO. LTD., A Taiwanese Corporation, Plaintiff–Appellant**

v.

**KAIJET TECHNOLOGY INTERNATIONAL LIMITED, A Georgia Corporation, Defendant–Appellee**

**Does, 1 to 10 Inclusive, Defendants.**

No. 2014–1552.

United States Court of Appeals, Federal Circuit.

May 15, 2015.

John A. Dragseth, Fish & Richardson, P.C., Minneapolis, MN, argued for plaintiff-appellant. Also represented by Christopher Robert Dillon, Boston, MA.